IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERGIO ALVAREZ,

        Petitioner,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

        Respondents.

_____/

No. C 10-00067 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On January 6, 2010, Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk of the Court sent Petitioner a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

More than thirty days have passed and Petitioner has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: 2/8/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.10\Alvarez0067.DisIFP.frm

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  SERGIO ALVAREZ,                          Case Number: CV10-00067 SBA

7         Plaintiff,                        **CERTIFICATE OF SERVICE**

8     v.

9  CA DEPT OF CORRECTIONS et al,

10        Defendant.
                                        /

11

12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.

13
   That on February 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
14 copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15 located in the Clerk's office.

16

17
   Sergio Alvarez K42605
18 Pelican Bay State Prison
   P.O. Box 7500
19 Crescent City, CA 95532-7500

20 Dated: February 17, 2010
                                        Richard W. Wieking, Clerk
21                                      By: LISA R CLARK, Deputy Clerk

22

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.10\Alvarez0067.DisIFP.frm          2